# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS,<br><br>         Plaintiff,<br><br>v.<br><br>VINCENT OCHOA, et al.,<br><br>         Defendants. | Case No.: 2:21-cv-01127-RFB-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendants Hutchison Steffen Law Firm, Amber Korpak, and Shannon Wilson failed to file certificates of interested parties.  Accordingly, each Defendant must file a certificate of interested parties no later than September 2, 2021.

IT IS SO ORDERED.

Dated: August 30, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE